# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISSI GREENAWALT,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>　　　　Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:12-cv-04476-PBT**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

　　Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


*/s/ Ross S. Enders*　　　　　　　　　　*/s/ Craig Thor Kimmel*

Ross S. Enders, Esquire　　　　　　　Craig Thor Kimmel, Esquire
Sessions, Fishman, Nathan & Israel　　Kimmel & Silverman, P.C.
200 Route 31 North, St. 203　　　　　30 E. Butler Pike
Flemington, NJ 08822　　　　　　　　Ambler, PA 19002
Phone: (908) 751-5941　　　　　　　　Phone: 215-540-8888
Fax: (908) 751-5944　　　　　　　　　Fax: 856-216-7344
Email: rsenders@sessions-law.biz　　Email: kimmel@creditlaw.com
*Attorney for Defendant*　　　　　　　*Attorney for Plaintiff*

Date: May 31, 2013　　　　　　　　　Date: May 31, 2013

　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J.