## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISSI GREENAWALT,
     Plaintiff,

v.

**Case No.: 2:12-cv-04476-PBT**

NCO FINANCIAL SYSTEMS, INC.
     Defendant

**FILED**

JUN 1 0 2013

MICHAEL E. KUNZ. Clerk
By_____Dep Clerk

### STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ *Ross S. Enders*

Ross S. Enders, Esquire
Sessions, Fishman, Nathan & Israel
200 Route 31 North, St. 203
Flemington, NJ 08822
Phone: (908) 751-5941
Fax: (908) 751-5944
Email: rsenders@sessions-law.biz
*Attorney for Defendant*

Date: May 31, 2013

/s/ *Craig Thor Kimmel*

Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 856-216-7344
Email:kimmel@creditlaw.com
*Attorney for Plaintiff*

Date: May 31, 2013

BY THE COURT:

_____
               J.